No. 5,782.—STATE, RESPONDENT, *v.* SARAH BENNELL,
APPELLANT.

*Appeal from District Court, Missoula County; Asa L.
Duncan, Judge.*

Decided December 21, 1926.

PER CURIAM.—On motion of respondent, the appeal herein
is dismissed, no brief having ever been filed by appellant

although the transcript on appeal was filed in this court on July 1, 1926.

*Mr. Chas. A. Russell,* for Appellant.

*Mr. L. A. Foot,* Attorney General, for the State.